**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**Houston Division**

| | |
|---|---|
| KASHYAP PATEL,<br><br>*Plaintiff,*<br><br>v.<br><br>CESARE FRANK FIGLIUZZI, JR,<br><br>*Defendant.* | Case No. 4:25-cv-02548 |

## PLAINTIFF KASHYAP PATEL'S NOTICE OF APPEAL

Plaintiff, Kashyap Patel, hereby gives notice of his appeal to the United States Court of Appeals for the Fifth Circuit from the District Court's April 21, 2026 Memorandum Opinion and Order (ECF No. 38) granting Defendant's Motion to Dismiss (ECF No. 25), entering a Final Judgment dismissing the case without prejudice (ECF No. 39).

Dated: May 14, 2026

Respectfully submitted,

/s/     Jason C. Greaves
Jason C. Greaves
Attorney-in-Charge
Texas Bar No. 24124953
S.D. Tex. Fed. ID No. 3921330

BINNALL LAW GROUP
717 King Street, Suite 200
Alexandria, Virginia 22314
Phone: (703) 888-1943

1

Fax: (703) 888-1930
jason@binnall.com

*Attorney for Plaintiff*
*Kashyap P. Patel*

## CERTIFICATE OF SERVICE

I certify that on May 14, 2026, a copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/    Jason C. Greaves
Jason C. Greaves
Attorney-in-Charge
Texas Bar No. 24124953
S.D. Tex. Fed. ID No. 3921330

*Attorney for Plaintiff*
*Kashyap P. Patel*